# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Staci Anne Braun, M.D.,

      *Plaintiff*
      v.

David Frederick Braun, et al.,

      *Defendant*

Civil Action No. 3:22-cv-357

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
David Braun
7583 Olde Thyme Court #3C
Parkland, FL 33076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Staci Anne Braun, M.D.,
127 North Tryon Street
Charlotte, North Carolina 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 8/4/2022

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Case 3:22-cv-00357-RJC-DCK   Document 2   Filed 08/04/22   Page 1 of 8

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                   **Server's signature**

                                   _____
                                   **Printed name and title**

                                   _____
                                   **Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Staci Anne Braun, M.D.,

       *Plaintiff*
       v.

David Frederick Braun, et al.,

       *Defendant*

Civil Action No. 3:22-cv-357

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Reeves, DiVenere Wright
202 East Main Street
West Jefferson, NC 28694

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Staci Anne Braun, M.D.,
127 North Tryon Street
Charlotte, North Carolina 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____8/4/2022_____

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐   I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

☐   I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Staci Anne Braun, M.D.,

    *Plaintiff*

v.

David Frederick Braun, et al.,

    *Defendant*

Civil Action No. 3:22-cv-357

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
North Carolina Office of the Governor Roy Cooper
20301 Mail Service Center
Raleigh, NC 27699-0301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Staci Anne Braun, M.D.,
127 North Tryon Street
Charlotte, North Carolina 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 8/4/2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐     I personally served the summons on the defendant at *(place)* _____
on *(date)* _____; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐     I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐     I returned the summons unexecuted because _____; or

☐     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Staci Anne Braun, M.D.,

    *Plaintiff*  )
v.                               )  Civil Action No. 3:22-cv-357
                                 )
David Frederick Braun, et al.,   )
                                 )
                                 )
                                 )
                                 )
    *Defendant*   )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Attorney General Josh Stein
9001 Mail Service Center
Raleigh, NC 27699-9001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Staci Anne Braun, M.D.,
127 North Tryon Street
Charlotte, North Carolina 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ 8/4/2022 _____

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at *(place)* _____ on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**