IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-357-RJC-DCK

| STACI ANNE BRAUN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| DAVID FREDERICK BRAUN, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Stay Instant Matter or Extension To File Response To Pending Motions…" (Document No. 15) filed September 16, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in the interests of judicial economy and efficient case management, the undersigned will grant the motion without delay.

By the instant motion, *pro se* Plaintiff seeks an extension of time to respond to pending motions to dismiss and quash. (Document No. 15). Plaintiff reports that there is a state court hearing on October 10, 2022, that is expected to address issues related to this action, and that she is in the process or retaining counsel to assist with this action. Id.

Under these circumstances, the undersigned finds that a brief stay is appropriate and unlikely to prejudice Defendants.

**IT IS, THEREFORE, ORDERED** that the "Motion To Stay Instant Matter or Extension To File Response To Pending Motions…" (Document No. 15) is **GRANTED**. This matter is **STAYED** until **October 25, 2022**.

**IT IS FURTHER ORDERED** that Plaintiff, with or without the assistance of counsel, shall file responses to the pending motions (Document Nos. 7, 9, and 12) on or before **October 25, 2022**. In the alternative, Plaintiff may file an Amended Complaint pursuant to Fed.R.Civ.P. 15 on or before **October 25, 2022**. Further extension of this deadline is unlikely to be allowed.

The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff by certified U.S. Mail, return receipt requested.

**SO ORDERED**.

Signed: September 19, 2022

David C. Keesler
United States Magistrate Judge