# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-357-RJC-DCK

| | |
|---|---|
| STACI ANNE BRAUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID FREDERICK BRAUN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Consolidated Response To Defendants Multiple Motions" (Document No. 86) filed February 28, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Conrad's chambers, the undersigned will grant the motion with modification.

Plaintiff is respectfully advised that even *pro se* litigants must abide by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Orders of this Court. Unless otherwise ordered, the briefing deadlines in this case shall comply with dates on the docket of the case – consistent with LCvR 7.1(e). However, the undersigned will allow some additional time for the parties to fully brief the pending motions.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion For Consolidated Response To Defendants Multiple Motions" (Document No. 86) is **GRANTED with modification**. The current briefing deadlines are revised as follows:

- Plaintiff's consolidated response brief (of **thirty (30) pages or less)**, to Motions To Dismiss (Document Nos. 57, 60, 63, and 82), shall be filed on or before **March 21, 2023**; Defendants' reply briefs in support of the Motions To Dismiss shall be filed on or before **April 4, 2023**.

- Proposed Intervenor James S. Faller II's reply brief in support of the "Motion To Intervene" (Document No. 28), and addressing Defendant's response (Document No. 42), shall be filed on or before **March 15, 2023**.

- Defendants' response(s) (which may be consolidated) to Plaintiff's Motions For Temporary Restraining Order (Document Nos. 41, 52, and 87) shall be filed on or before **March 21, 2023**; Plaintiff shall file a consolidated reply brief in support of the Motions For Temporary Restraining Order on or before **April 4, 2023**.

**SO ORDERED**.

Signed: March 1, 2023

David C. Keesler
United States Magistrate Judge